1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | 2:12-MC-00068-GEB-CKD
12 |             Plaintiff,                | CONSENT JUDGMENT OF FORFEITURE
13 |        v.                             |
14 | APPROXIMATELY $22,100.00 IN U.S. CURRENCY, |
15 |             Defendant.                |
16

17

18         Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

19         1.     On April 19, 2012, agents with the Federal Bureau of Investigation ("FBI")

20 adopted the approximately $22,100.00 in U.S. Currency (hereafter "defendant

21 currency") for federal forfeiture.  The FBI commenced administrative forfeiture

22 proceedings, sending direct written notice to all known potential claimants and

23 publishing notice to all others.  On or about June 1, 2012, the FBI received a claim from

24 Thomas Korby and Donna Korby asserting an ownership interest in the defendant

25 currency.

26         2.     The United States represents that it could show at a forfeiture trial that on

27 or about February 16, 2012, the Butte Interagency Narcotics Task Force ("BINTF") was

28 contacted by Pioneer Shipping, who advised that they had intercepted a package

containing marijuana. The package was brought into Pioneer Shipping by Donna Korby and was being shipped to someone in Boynton Beach, Florida. After the package was accepted by Pioneer Shipping, an employee noticed the smell of marijuana at which time the package was opened pursuant to company policy. The marijuana found in the package weighed approximately 65.29 grams.

3. The United States could further show at trial that on February 29, 2012, BINTF officers executed a state search warrant at Donna Korby's residence located at 4225 Foothill Boulevard, Oroville, CA. During the execution of the search warrant, officers found the following: approximately 136 marijuana plants, 112 pounds net weight of marijuana bud, 54 pounds net weight of marijuana shake, 35 pounds gross weight of marijuana stock, 5.9 pounds net weight of marijuana bud and leaf on stocks, 54.5 grams net weight of psilocybin mushrooms, two shotguns, a .22 caliber revolver, and the defendant currency. Donna Korby and Thomas Korny were arrested and booked into the Butte County Jail.

4. The United States could further show at a forfeiture trial that the defendant currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

5. Without admitting the truth of the factual assertions contained above, Thomas Korby and Donna Korby specifically denying the same, and for the purpose of reaching an amicable resolution and compromise of this matter, Thomas Korby and Donna Korby agree that an adequate factual basis exists to support forfeiture of the defendant currency. Thomas Korby and Donna Korby hereby acknowledge that they are the sole owners of the defendant currency, and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant currency, Thomas Korby and Donna Korby shall hold harmless and indemnify the United States, as set forth below.

6. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the

forfeiture occurred.

7. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant currency was seized.

8. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

9. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

10. All right, title, and interest of Thomas Korby and Donna Korby in the defendant Approximately $22,100.00 in U.S. Currency, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

11. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

12. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(4) of the Federal Rules of Evidence.

13. All parties will bear their own costs and attorney's fees.

IT IS SO ORDERED.

9/4/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

Consent Judgment of Forfeiture